UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WHO DAT YAT CHAT, LLC            CIVIL ACTION

VERSUS                            NO: 10-1333 C/W
                                            10-2296

WHO DAT, INC.                    SECTION: "J" (4)

**ORDER**

Before the Court are Who Dat Yat Chat LLC (WDYC)'s **Motion for Appeal/Review of the Magistrate Judge's Order (Rec. Doc. 397)** and WDYC's **Motion for Expedited Hearing (Rec. Doc. 398)**. As a preliminary matter, the **Motion for Expedited Hearing (Rec. Doc. 398)** is **GRANTED**. Therefore, the **Motion for Appeal/Review of the Magistrate Judge's Order (Rec. Doc. 397)** is being considered on the briefs on an expedited basis. Upon review of the record, the memorandum of counsel, and the applicable law, this Court now finds that WDYC's motion should be **DENIED**.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed R. Civ. P. 72(a). When objections are raised to such a motion the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this

standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed." <u>United States v. United States Gypsum Co.</u>, 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's order and the party's arguments the Court finds that no such mistake has been made in the Magistrate Judge's Order (Rec. Doc. 390). Accordingly,

**IT IS ORDERED** that WDYC's motion is hereby **DENIED.**

New Orleans, Louisiana, this 8th day of August, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2